ACCEPTED
01-14-00872-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/17/2015 12:38:42 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00872-CV

## IN THE COURT OF APPEALS
## FOR THE FIRST JUDICIAL DISTRICT
## AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/17/2015 12:38:42 PM
CHRISTOPHER A. PRINE
Clerk

CALHOUN/HOLIDAY PLACE, INC., ARTISAN/AMERICAN CORP.,
VERNON YOUNG AND ELIZABETH YOUNG,

APPELLANTS,

VS.

WELLS FARGO BANK, N.A., SUCCESSOR-BY-MERGER TO
WACHOVIA BANK, NATIONAL ASSOCIATION,

APPELLEE.

On Appeal from the 55th Judicial District Court of Harris County, Texas
Cause No. 2011-56876

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF OF APPELLANTS

---

H. Miles Cohn
Texas State Bar No. 04509600
mcohn@craincaton.com
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
Telephone: (713) 752-8668
Facsimile: (713) 685-1921
ATTORNEYS FOR APPELLANTS

1

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF OF APPELLANTS

Appellants Calhoun/Holiday Place, Inc., Artisan/American Corp., Vernon Young and Elizabeth Young respectfully ask the Court to extend the time to file their Appellants' Brief.

1.      Appellants are Calhoun/Holiday Place, Inc., Artisan/American Corp., Vernon Young and Elizabeth Young. Appellee is Wells Fargo Bank, N.A., successor-by-merger to Wachovia Bank National Association ("Wells Fargo").

2.      Appellants' brief is due on Sunday, March 22, 2015. No prior extensions have been obtained.

3.      Pursuant to TRAP Rule 38.6(d), Appellants request a 30-day extension of time to file its brief, to and including Tuesday, April 21, 2015. This request is unopposed.

4.      On March 2, 2015, Appellants filed Defendants' Request for Supplemental Court Reporter's Record in the district court, because the transcript of a hearing was inadvertently omitted from the Appellants' initial request for the record. The missing hearing is an evidentiary hearing on attorney's fees, which the parties submitted for trial to the court on August 18, 2014; Appellants intent to raise an issue on appeal with regard to the district court's award of attorney's fees in this case.

5.    The court reporter has informed Appellants that the record of the attorney's fee hearing will be available in two to three weeks from the date of this motion. Appellants request a 30-day extension to allow time for the completion of the reporter's record and to incorporate record citations from the supplemental reporter's record.

## CERTIFICATE OF CONFERENCE

6.    Counsel for Appellants has conferred with counsel for Appellee, and Appellee is unopposed to this Motion.

Wherefore, Appellants Calhoun/Holiday Place, Inc., Artisan/American Corp., Vernon Young and Elizabeth Young request that the Court extend the deadline for filing Appellants' Brief to and including April 21, 2015.

Dated:  March 17, 2015

Respectfully submitted,

CRAIN, CATON & JAMES, P.C.

By: _____
        H. Miles Cohn
        State Bar No. 04509600
        mcohn@craincaton.com
        CRAIN, CATON & JAMES, P.C.
        1401 McKinney Street, Suite 1700
        Houston, Texas  77010
        Telephone:  (713) 752-8668
        Facsimile:  (713) 658-1921
COUNSEL FOR APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of March, 2015, a true and correct copy of the foregoing was served via ECF as follows:

Steven A. Leyh
Leyh, Payne & Mallia, PLLC
9545 Katy Freeway, Suite 200
Houston, Texas 77024
*Counsel for Appellee*

David W. Waddell
440 Louisiana St., Suite 900
Houston, Texas 77002
*Counsel for Appellee*

H. Miles Cohn